JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEMMA LaFRANCE STURGES, | NO. EDCV 13-500-PA (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| R.M. DIAZ, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: March 14, 2015   _____
                               PERCY ANDERSON
                               United States District Judge

**JS-6**